IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT

00 MAY -3 PM 12:47

TX EASTERN-BEAUMONT

IN RE NORPLANT CONTRACEPTIVE : MDL DOCKET NO. 1038
PRODUCTS LIABILITY LITIGATION :

BY _____

-----------------------------------------------------------

LADONNA BELL, ET.AL.

    v.

Case No.: 1:96CV5909

AMERICAN HOME PRODUCTS CORPORATION;
WYETH LABORATORIES INC.

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff AMY BERGER and defendants AMERICAN HOME PRODUCTS CORPORATION, WYETH LABORATORIES INC. hereby stipulate that plaintiff's claims be and are hereby dismissed *with prejudice*.

_____
H. Blair Hahn
NESS, MOTLEY, LOADHOLT,
 RICHARDSON & POOLE
174 East Bay Street
Suite 300-B
Charleston, South Carolina 29401

ATTORNEYS FOR PLAINTIFF

_____
Paul W. Gertz
GERMER & GERTZ
805 Park Street
P.O. Box 3728
Beaumont, Texas  77704

ATTORNEYS FOR DEFENDANTS

